# PETITION FOR WRIT OF MANDAMUS – VA OFFICE OF INSPECTOR GENERAL

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

**JOHN B. BUCK,**
Petitioner,

v. Case No. _____

**INSPECTOR GENERAL,**
**DEPARTMENT OF VETERANS AFFAIRS,**
Respondent.



8:26-cv-75-SDM-LSG



JAN 12 2026 AM 11:09
FILED - USDC - FLMD - TPA

# VERIFIED PETITION FOR WRIT OF MANDAMUS

## I. JURISDICTION

1. This action arises under 28 U.S.C. §§ 1331 and 1361.
2. Respondent is subject to mandatory duties under the **Inspector General Act of 1978**.

## II. STATEMENT OF FACTS

3. Petitioner was confined in the mental health unit of the **James A. Haley VA Medical Center** in Tampa, Florida on 30 Aug to 2 Sep 2025.
4. The confinement occurred without Baker Act proceedings, without judicial authorization, and without informed consent to stay at the hospital.
5. The actions involved **four physicians and one registered nurse** employed by the Department of Veterans Affairs.
6. Medical records later contained **materially false and misleading entries** regarding the confinement.
7. On or about ~~15~~ 10 Dec 2025, Petitioner submitted a written complaint to the VA Office of Inspector General.



8. More than thirty (30) days have elapsed without acknowledgment, investigation notice, referral, or closure determination.

## III. LEGAL DUTY

9. The VA Inspector General has a **nondiscretionary statutory duty** to receive, log, review, and issue a determination regarding complaints alleging misconduct within the Department of Veterans Affairs.

## IV. RELIEF REQUESTED

**WHEREFORE,** Petitioner respectfully requests issuance of a Writ of Mandamus compelling Respondent to:

A. Acknowledge receipt of Petitioner's complaint;
B. Log and review the complaint pursuant to statutory duty;
C. Issue a written determination accepting, referring, or closing the complaint;
D. Perform such actions within a reasonable time ordered by the Court.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

_____

**John B. Buck**
Date: 12 Jan 2026

10714 Carloway Hills Dr
Wimauma, FL 33598